IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF PENNSYLVANIA ex rel. ALISHA ALEJANDRO, *Plaintiffs/Relator,* v. PHILADELPHIA VISION CENTER, BARCO OPTICAL, INC., BRUCE RUBIN, AND DR. BETH BROOKS, *Defendants.* | CIVIL ACTION NO. 20-2027 |

# ORDER

AND NOW this 4th day of January, 2021, it is **ORDERED** that upon consideration of the motion of Defendants Philadelphia Vision Center, Barco Optical, Inc. Bruce Rabin and Dr. Beth Brooks to dismiss Relator Alisha Alejandro's Complaint (ECF 7) and Alejandro's response in opposition thereto (ECF 8), Defendants' motion is **DENIED**.

Defendants shall answer the Complaint on or before **Tuesday January 19, 2021**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.