IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF PENNSYLVANIA ex rel. ALISHA ALEJANDRO, *Plaintiffs/Relator,* v. PHILADELPHIA VISION CENTER, BARCO OPTICAL, INC., BRUCE RUBIN, AND DR. BETH BROOKS, *Defendants.* | CIVIL ACTION NO. 20-2027 |

## ORDER

AND NOW, this 20th day of April, 2021, after a telephone conference today with counsel for the parties, it is **ORDERED** that:

1. Defendants' motion to stay discovery (ECF 29) is **GRANTED**. The Court will establish a new pretrial and trial schedule, if necessary, after resolution of Defendants' motion for judgment on the pleadings (ECF 25 and 27);

2. Relator's motion for a protective order (ECF 24) is **DENIED** without prejudice;

3. Defendants' motions for attorneys' fees and sanctions (ECF 28 and 35) are **DENIED** without prejudice.

4. Relator may file a sur-reply in opposition to Defendants' motion for judgment on the pleadings, limited to five pages, on or before **Friday, April 30, 2021**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.