IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF PENNSYLVANIA ex rel. ALISHA ALEJANDRO, <br><br> *Plaintiffs/Relator,* <br><br> v. <br><br> PHILADELPHIA VISION CENTER, BARCO OPTICAL, INC., BRUCE RUBIN, AND DR. BETH BROOKS, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 20-2027 |

## ORDER

AND NOW, this 20th day of July, 2021, upon consideration of Defendants' Motion for Judgment on the Pleadings (ECF 25), the Memorandum of Law in support thereof (ECF 27), Relator's Response (ECF 33); Defendants' Reply (ECF 34), the Government's Statement of Interest in Response to Defendant's Motion (ECF 36) and Relator's Sur-Reply (ECF 40) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Defendants' Motion is **GRANTED** and Relator's Complaint is **DISMISSED**. Alejandro may file an Amended Complaint on or before **Monday August 16, 2021** if she can allege facts sufficient to state a claim under the FCA.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.