IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF PENNSYLVANIA ex rel. ALISHA ALEJANDRO, *Plaintiffs/Relator,* v. PHILADELPHIA VISION CENTER, BARCO OPTICAL, INC., BRUCE RUBIN, AND DR. BETH BROOKS, *Defendants.* | CIVIL ACTION NO. 20-2027 |

## ORDER

AND NOW, this 27th day of June, 2022, upon consideration of Relator Alisha Alejandro's Motion for Reconsideration (ECF 55), Defendants' Response (ECF 58) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Alejandro's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.