IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF PENNSYLVANIA ex rel. ALISHA ALEJANDRO,<br><br>        *Plaintiffs/Relator,*<br><br>  v.<br><br>PHILADELPHIA VISION CENTER, et al.,<br>        *Defendants.* | CIVIL ACTION<br><br>NO. 20-2027 |

## ORDER

**AND NOW**, this 17th day of March, 2023, upon consideration of Defendants' Motion to Disqualify Relator's Counsel (ECF 66), and all responses thereto, (ECF 67, 68, 72, 73 and 75), and after holding oral argument, (ECF 76), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.